People v Lyshon M. (2023 NY Slip Op 06095)

People v Lyshon M.

2023 NY Slip Op 06095

Decided on November 28, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 28, 2023

Before: Oing, J.P., Gesmer, Mendez, Shulman, Rodriguez, JJ. 

Ind. No. 787/16, 823/17 Appeal No. 1084-1084A Case No. 2018-1982 

[*1]The People of the State of New York, Respondent,
v
Lyshon M., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Laura Boyd of counsel), for appellant.

Judgments, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered July 14, 2017, convicting defendant, upon his pleas of guilty, of robbery in the first degree and grand larceny in the fourth degree, adjudicating him a youthful offender, and sentencing him to concurrent terms of one year, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept
2021]). We note that the People do not oppose this relief.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 28, 2023